**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| E.S.C., et al.,<br>*Plaintiffs*,<br>v.<br>SUSAN DIBBINS, *et al.*,<br>*Defendants*. | HON. EVELYN PADIN, U.S.D.J.<br>Civil Action No. 26-6306 (EP)<br>**CONSENT ORDER TO ADMINISTRATIVELY TERMINATE** |

This matter, having been opened to the Court by Alexander Judka, Assistant United States Attorney, attorney for Defendants; and Stephanie E. Gibbs and Courtney E. Moran, attorneys for Plaintiff, request entry of an order administratively terminating this case; and

**WHEREAS** on May 29, 2026, Plaintiffs filed the present action, which sought to declare that the United States Citizenship and Immigration Services ("USCIS") unlawfully denied Plaintiffs' U-Visa petition, set the denials aside, and remand to the agency for further adjudication. ECF No. 1 at 22; and

**WHEREAS** on September 11, 2025, USCIS denied Plaintiff E.S.C.'s Form I-918 petition for a U-Visa. Based upon that denial, USCIS also denied the Form I-918A filed on behalf of Plaintiff S.F.C; and

**WHEREAS** Plaintiffs appealed the denials to USCIS's Administrative Appeals Office, which, on March 9, 2026, dismissed the appeals and issued final decisions denying the Form I-918 and the Form I-918A; and

**WHEREAS** the parties agree that the most efficient way forward is to administratively terminate this matter to allow USCIS, within 30 days of entry of this Order, to reopen the adjudication of the Form I-918 and the Form I-918A and issue a Notice that will permit Plaintiffs the opportunity to submit additional evidence in support of their petition within 30 days of receiving said Notice. Furthermore, the administrative termination will allow USCIS to re-adjudicate Plaintiffs' petition and issue a new decision, without guarantee of outcome, within 120 days of the receipt of any additional evidence; and

**WHEREAS** the parties also agree that within 30 days of the issuance of the new decision, Plaintiffs will either voluntarily dismiss the instant action, or the parties will submit a joint status update to the Court; and

**WHEREAS** the parties agree that each party retains all claims and defenses, and reserves all rights in the instant action, aside from those terms expressly outlined in this Consent Order;

**WHEREAS** the parties agree that administrative termination will promote judicial economy and is in the parties' best interest;

**WHEREAS** the parties having consented to the entry of this Order;

**IT IS** on this 18th day of September 2026:

**ORDERED** that this case and all deadlines are **STAYED**, and this case is **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that on or before **March 18, 2027**, the parties will submit a joint status letter requesting that the Court dismiss this case, extend the administrative termination, or return this case to active status.

HON. EVELYN PADIN
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and
entry of the within Consent Order.

ROBERT FRAZER
United States Attorney

By: */s/ Alexander Judka*
ALEXANDER JUDKA
Assistant U.S. Attorney

MURRAY OSORIO PLLC

By: */s/ Stephanie E. Gibbs*
STEPHANIE E. GIBBS, ESQ.

*/s/ Courtney E. Moran*
COURTNEY E. MORAN, ESQ.